UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT AND FROST INSULATORS OF NORTHERN CALIFORNIA LOCAL UNION NO. 16 HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-COUNTY INSULATION COMPANY, INC,<br><br>Defendant. | Case No. 20-cv-00913-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 24, 35 |

The court has reviewed Magistrate Judge Jacqueline Scott Corley's Report and Recommendation Re: Motion for Default Judgment. Dkt. 35. Plaintiffs timely served the report and recommendation on defendant (Dkt. 36), and defendant failed to file any objection to the report. The court finds the report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: April 22, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge