UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT AND FROST INSULATORS OF NORTHERN CALIFORNIA LOCAL UNION NO. 16 HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-COUNTY INSULATION COMPANY, INC,<br><br>Defendant. | Case No.  20-cv-00913-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted plaintiff's motion for default judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of plaintiff and against defendant.

The court ORDERS judgment for plaintiffs in the amount of $15,534.30.  The court ORDERS that defendants satisfy payment of this judgment within 90 days unless the parties stipulate to another deadline.

**IT IS SO ORDERED.**

Dated: April 22, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge